IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN NIEVES,<br>    Plaintiff<br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant<br>v.<br><br>ILHAMA ANZABI and<br>NESHAMINY PHARMACY, LLC<br>    Third-Party Defendants. | CIVIL ACTION NO. 15-3716 |

## STIPULATION TO DISMISS CERTAIN CLAIMS

It is hereby stipulated by and between the undersigned counsel for plaintiff Carmen Nieves, undersigned counsel for defendant United States, and undersigned counsel for Third-Party Defendants Ilhama Anzabi and Neshaminy Pharmacy, LLC (collectively, "the Parties"), that plaintiff hereby voluntarily dismisses with prejudice all claims asserted in this action against the United States. The parties further stipulate that Third-Party Defendants Ilhama Anzabi and Neshaminy Pharmacy, LLC hereby voluntarily dismiss with prejudice all claims asserted in this action against the United States. The parties further stipulate that defendant United States hereby voluntarily dismisses with prejudice all claims asserted in this action against Third-Party Defendants Ilhama Anzabi and Neshaminy Pharmacy, LLC. The parties agree that this matter shall be dismissed with prejudice as there are no claims remaining in the instant civil action. Plaintiff and Third-Party Defendants, Ilhama Anzabi and Neshaminy Pharmacy, LLC, agree that nothing in this Stipulation shall be construed or interpreted in any way to affect *Nieves v. Ilhama Anzabi, et al.*, Court of Common Pleas, Bucks County, No. 2015-05076, to which the United

States is not a party. Each party shall bear its own costs.

ZANE DAVID MEMEGER
United States Attorney

_____
Robert A. Huber, Esquire
HUBER & PALSIR, LLC
P.O. Box 37008
Philadelphia, PA 19122
*Counsel for Plaintiff*

_____
GREGORY B. DAVID
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
*Counsel for Defendant*
*United States of America*

_____ 5/23/2016
Amalia V. Romanowicz, Esquire
A. Bryan Tomlinson, Esquire
POST & SCHELL, P.C.
Four Penn Center
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103
*Counsel for Third-Party Defendants*
*Ilhama Anzabi and*
*Neshaminy Pharmacy, LLC*

Dated: ~~May~~ June 6, 2016

2